■   THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC PARSONS, Appellant.—Judgment unanimously affirmed, without prejudice to any postconviction remedies defendant may have. (Appeal from judgment of Cayuga County Court—burglary, third degree.) Present—Dillon, P. J., Cardamone, Simons, Callahan and Witmer, JJ.